UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  06-cr-00028-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DUNDEE REO BROWN,

    Defendant.

_____

**ORDER**
_____

This matter is before the Court upon review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, April 10, 2006**, and responses to these motions shall be filed by **Monday, April 24, 2006**.  It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Thursday, April 27, 2006, at 2:00 p.m.**  It is

FURTHER ORDERED that a three-day jury trial is scheduled to begin **Monday, May 8, 2006, at 9:00 a.m.**

Dated:  March 22, 2006

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                U. S. District Judge