UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  06-cr-00028-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. DUNDEE REO BROWN,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      On December 28, 2009, Defendant filed a motion for early termination of supervised release (docket #39).  Accordingly, both the Government and the Probation Department are ordered to file a response to the motion not later than **Friday, January 22, 2010.**

      Dated:  January 7, 2010